| Fill in this information to identify the case: | | |
|---|---|---|
| United States Bankruptcy Court for the: | | |
| Central District of California (State) | | |
| Case number (if known): _____ Chapter 11 | | |



☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  PEOPLE WHO CARE YOUTH CENTER INC.

2. **All other names debtor used in the last 8 years**  NONE
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  5 1 - 0 1 9 2 1 9 2

4. **Debtor's address**

   Principal place of business

   1500 WEST SLAUSON AVENUE
   Number    Street

   LOS ANGELES, CA 90047
   City              State   ZIP Code

   County

   Mailing address, if different from principal place of business

   Number    Street

   P.O. Box

   City              State   ZIP Code

   Location of principal assets, if different from principal place of business

   Number    Street

   City              State   ZIP Code

5. **Debtor's website (URL)**  _____

Debtor  PEOPLE WHO CARE YOUTH CENTER, INC                              Case number (if known)_____
        Name

### 6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_ _ _ _

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____    Case number (if known) _____
      Name

| | | |
|---|---|---|
| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☐ No<br>☑ Yes.  District __CENTRAL__  When __01/10/2018__  Case number __2:18-bk-10290-RK__<br>                                                       MM / DD / YYYY<br>         District _____  When _____  Case number _____<br>                                                      MM / DD / YYYY |
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>         District _____  When _____<br>                                                       MM / DD / YYYY<br>        Case number, if known _____ |
| 11. Why is the case filed in *this district*? | Check all that apply:<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>  **Why does the property need immediate attention?** (Check all that apply.)<br><br>  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>      What is the hazard? _____<br><br>  ☐ It needs to be physically secured or protected from the weather.<br><br>  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>  ☐ Other _____<br><br>  **Where is the property?** __1500 WEST SLAUSON AVENUE__<br>                                   Number   Street<br><br>                                     __LOS ANGELES__           __CA__  __90047__<br>                                     City                                     State ZIP Code<br><br>  **Is the property insured?**<br>  ☐ No<br>  ☑ Yes. Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

**■ Statistical and administrative information**

Debtor **PEOPLE WHO CARE YOUTH CENTER INC.**              Case number (if known) _____
      Name

---

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☑ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/02/2023__
       MM / DD / YYYY

X /s/ Michelle McArn                                    Michelle McArn
Signature of authorized representative of debtor        Printed name

Title __CEO__

Debtor    PEOPLE WHO CARE YOUTH CENTER INC.    Case number (if known)_____
　　　　　　Name

**18. Signature of attorney**    X _____    Date _____
　　　　　　　　　　　　　　　　　　　Signature of attorney for debtor                       MM  / DD / YYYY

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Firm name

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Number    Street

　　　　　　　　　　　　　　　　　　　_____    _____    _____
　　　　　　　　　　　　　　　　　　　City                                               State       ZIP Code

　　　　　　　　　　　　　　　　　　　_____    _____
　　　　　　　　　　　　　　　　　　　Contact phone                            Email address

　　　　　　　　　　　　　　　　　　　_____    _____
　　　　　　　　　　　　　　　　　　　Bar number                                 State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| People Who Care Youth Center Inc.<br>1500 West Slauson Avenue<br>Los Angeles, CA 90047 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>People Who Care Youth Center, Inc<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |
|---|---|

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __NA_____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.
   a. Total assets                                    $_____
   b. Total debts (including debts listed in 2.c., below) $_____
   c. Debt securities held by more than 500 holders

| | | Approximate number of holders: |
|---|---|---|
| ☐ secured ☐ unsecured ☐ subordinated | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | |
| ☐ secured ☐ unsecured ☐ subordinated | $ | |

   d. Number of shares of preferred stock _____
   e. Number of shares of common stock _____
   Comments, if any:

3. Brief description of the Debtor's business:

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:

*December 2015*                                                                                          **Official Form 201A**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>PEOPLE WHO CARE YOUTH CENTER INC.<br>1500 WEST SLAUSON AVENUE<br>LOS ANGELES, CA 90047<br><br>☐ Attorney for: | FOR COURT USE ONLY |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>PEOPLE WHO CARE YOUTH CENTER INC<br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Plaintiff(s),<br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, (Printed name of attorney or declarant) Michelle McArn_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

[Check the appropriate boxes and, if applicable, provide the required information.]

1. I have personal knowledge of the matters set forth in this Statement because:

   - [X] I am the president or other officer or an authorized agent of the Debtor corporation
   - [ ] I am a party to an adversary proceeding
   - [ ] I am a party to a contested matter
   - [ ] I am the attorney for the Debtor corporation

2. a. [ ] The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

   _____
   _____
   _____

   [For additional names, attach an addendum to this form.]

   b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 10-2-23

Signature of Debtor, or attorney for Debtor

Michelle McCard
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2

| Fill in this information to identify the case: |
|---|
| Debtor name  PEOPLE WHO CARE YOUTH CENTER INC. |
| United States Bankruptcy Court for the: CENTRAL  District of CA (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Franchise Tax Board Special Proc. P.O. Box 2952 | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

*See Attached*

See attachment

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  __PEOPLE WHO CARE YOUTH CENTER INC.__  Case number (if known)_____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Form 204

Franchize Tax Board
Special Procedures - Insolvency          $2,400.00
P.O. Box 2952 Sacramento CA
95812-2952

DWP
111 N. Hope St.                          $1,322.23
Los Angeles CA 90012

Pitney Bowes
1313 North Atlantic                      $914.48
Ste. 301
Spokane WA 99201

Republic Services
12949 Telegraph Rd                       $390.26
Santa Fe Springs
CA 90670

Time Warner
P.O. Box 60074                           $252.52
City of Industry CA 91716

Back→

CREDITORS LIST

LADWP
PO BOX 515407
LOS ANGELES, CA 90051


Danco Inc.
Ronald Perlstein
2476 Overland Ave, Suite 203
Los Angeles, CA 90064

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3


City of Los Angeles Office
of Finance
File 57063
Los Angeles, CA 90074-7063

DWP
111 N. Hope St.
Los Angeles, CA 90012-2607

LADWP
P O BOX 515407
LOS ANGELES, CA 90051-670


Dept of Parks and Recreation PO
Box 942896
LOS ANGELES, CA 94296-0001

DANCO, INC.
2476 Overland Ave.
STE 203
Los Angeles, CA 90064


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm. 4062
Los Angeles, CA 90012